UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-94-MOC

| | |
|---|---|
| IN RE: V.R. KING CONSTR., LLC, <br> V.R. KING CONSTRUCTION, <br><br> Appellant, <br> vs. <br><br> Y2 YOGA CONSTRUCTION, LLC, ET AL., <br><br> Appellees. | **ORDER** |

**THIS MATTER** is before the Court on a Motion for Voluntary Dismissal of Appeal, filed by Appellant, filed pursuant to Federal Rules of Civil Procedure 42(b). (Doc. No. 9). The Court **GRANTS** the motion. Appellant's appeal is dismissed without prejudice.

**IT IS SO ORDERED.**

Signed: July 27, 2021

Max O. Cogburn Jr
United States District Judge